SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
  spetersen@sheppardmullin.com
LISA YUN, Cal. Bar No. 280812
  lyun@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101
Telephone: 619-338-6541
Facsimile: 619-515-4124

Attorneys for Plaintiff
TUNGSTEN HEAVY POWDER AND PARTS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUNGSTEN HEAVY POWDER AND PARTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KHEM PRECISION MACHINING, LLC,<br><br>Defendant. | Case No. 3:17-cv-01882-JAH-WVG<br><br>**NOTICE OF PLAINTIFF TUNGSTEN HEAVY POWDER AND PARTS, INC.'S *EX PARTE* APPLICATION AND *EX PARTE APPLICATION* FOR AN ORDER AUTHORIZING LIMITED EXPEDITED DISCOVERY**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Hearing Date: Per Chambers, TBD by Court<br><br>The Hon. William V. Gallo, Magistrate 2nd Floor (Schwartz). Suite 2125 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, AND TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that, as soon as this matter may be heard before the Honorable William V. Gallo, in Courtroom 2A of the above-entitled Court, located at 221 West Broadway, San Diego, California 92101, Plaintiff Tungsten Heavy Powder and Parts, Inc. ("Tungsten"), intends to move the Court for an *ex parte* Application granting it limited expedited discovery pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure.

1  Good cause exists for Tungsten's application.  Tungsten seeks expedited
2  discovery because Defendant Khem Precision Machining, LLC ("Khem") has
3  threatened to dispose of assets to prevent any recovery by Tungsten in this litigation.
4  Tungsten's discovery, as set forth in Exhibit A to its Application, is narrow and
5  limited to obtaining information on Khem's financial position and any effort to
6  liquidate or dispose of its assets.  This discovery is targeted and will advance the
7  litigation and the ends of justice.  Even though the discovery is early, it is relevant
8  and imposes no significant burden on Khem, given the discovery is narrow and
9  Khem would be subject to the same discovery in the normal course of litigation.
10  Tungsten's Application is based upon its Complaint on file in this action, the
11  attached Memorandum of Points and Authorities, the Declaration of Lisa Yun, the
12  pleadings, and other papers filed in this action, such matters of which the Court may
13  take judicial notice, and such oral argument as the Court may hear on this matter.
14  Dated:  October 25, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   *s/Lisa S. Yun*
LISA S. YUN
Attorney for Plaintiff
TUNGSTEN HEAVY POWDER AND PARTS, INC.
Email: lyun@sheppardmullin.com